# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION



DIRECTV, INC.                                                                        PLAINTIFF

V.                                                    CIVIL ACTION NO. 3:04CV658WN

ALLAN PLOTKIN                                                                    DEFENDANT

### DEFAULT JUDGMENT

THIS MATTER came before the Court on the Plaintiff's Motion for Entry of Default Judgment against Defendant, Allan Plotkin, in the sum certain amount of Twenty Thousand and No/100 Dollars ($20,000.00) as statutory damages, and reasonable attorney's fees and costs in the amount of Eight Hundred Fifty and No/100 Dollars ($850.00).

The Court has considered the pleadings and records filed in this action, including the affidavit of Plaintiff's counsel in support of its motion, and the proof of service on file.

Based on the pleadings and evidence presented, the Court finds as follows:

1.   Defendant, Allan Plotkin, purchased, possessed, and used illegally modified DirecTV Access Cards and other devices ("Pirate Access Devices") that are designed to permit viewing of DirecTV's television programming without authorization by or payment to DirecTV.

2.   Defendant, Allan Plotkin, purchased two (2) Pirate Access Devices from Hcard.org.

3.   Defendant, Allan Plotkin, placed the orders for the Pirate Access Devices by using interstate or foreign wire facilities, and received his orders via the United States Postal Service or commercial mail carriers.

4.   Defendant, Allan Plotkin's, illegal purchases included two (2) unlooper devices, invoiced as a "HU Loaders."

5. Plaintiff is entitled to the amount of Twenty Thousand and No/100 Dollars ($20,000.00) (number of purchases x $10,000 per violation) as statutory damages, and reasonable attorney's fees and costs, both pled for in Plaintiffs' Complaint.

6. To date, Plaintiff has incurred attorney's fees and costs in an amount greater than Eight Hundred Fifty and No/100 Dollars ($850.00).

7. Defendant, Allan Plotkin, has been declared in default by the Clerk's Entry of Default, dated January 10, 2005.

Based on the above findings, a default Judgment is ORDERED and entered as follows:

Plaintiff, DirecTV, Inc., is awarded judgment against Defendant, Allan Plotkin, in the amount of Twenty Thousand and No/100 Dollars ($20,000.00) as statutory damages, plus Eight Hundred Fifty and No/100 Dollars ($850.00) as reasonable attorney's fees and costs. Interest on the judgment at the current federally-accepted amount of **2.96** percent (%) per annum shall accrue from the date of entry of this Order.

SO ORDERED, this **25th** day of **February**, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared by:

JENNIFER GRAHAM HALL (MSB No. 100809)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 392100
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Attorneys for Plaintiff, DirecTV, Inc.

Civil No. 3:04-cv-658 WN
Default Judgment

- 2 -