# EXHIBIT C

 

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEP 29 2004

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

DIRECTV, INC., a California corporation

Plaintiff,

DONALD CHYBA,

Defendant
_____/

U.S. District Court
Case No. 04-73072
Hon. John Corbett O'Meara
Magistrate Judge Whalen



FILED
SEP 29 2004
CLERK'S OFFICE
DETROIT

HONIGMAN MILLER SCHWARTZ AND COHN LLP
Norman C. Ankers (P30533)
Bradley H. Darling (P63176)
Mark E. Plaza (P66038)
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226-3583
(313) 465-7530
_____/

Donald Chyba
48 Exmoore Road
Waterford, Michigan 48314

RECEIVED
SEP 27 2004
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

THIS MATTER came before the Court on Plaintiff's motion for entry of default judgment against Defendant Donald Chyba in the sum certain amount of $10,000.00 as statutory damages and $850.00 as reasonable attorney's fees and costs.

A hearing for an Order of Judgment on Default was held on Plaintiff's Motion. Plaintiff appeared through its attorneys of record, Honigman Miller Schwartz and Cohn LLP. No appearance was made by Defendant Donald Chyba in person or through an attorney.

Having considered the pleadings and records filed in this action, the Court finds that Defendant Donald Chyba has failed to answer or otherwise respond to the allegations in Plaintiff's Complaint. A Clerk's Entry of Default was issued on September 21, 2004.

Accordingly, the Court will grant Plaintiff's Motion for Default Judgment and award Plaintiff the relief requested in its Complaint. Specifically, the Court will award statutory damages of $10,000.00 and $850.00 as reasonable attorneys' fees and costs, both sums certain pled for in Plaintiff's Complaint.

Based on the above findings, a Default Judgment is ORDERED and entered as follows:

Plaintiff DIRECTV, Inc., is awarded judgment against Defendant Donald Chyba in the amount of $10,000.00 as statutory damages plus $850.00 as reasonable attorneys' fees and costs. Interest on the judgment in the amount of 12% per annum shall accrue from the date of entry of this Order.

SEP 29 2004

_____
Hon. John Corbett O'Meara
United States District Judge

Dated _____

DETROIT 1027770.1