# EXHIBIT D

Hon. Robert S. Lasnik

Peter D. Stutheit, WSBA #32090
YARMUTH WILSDON CALFO, PLLC
The IDX Tower
925 Fourth Avenue, Suite 2500
Seattle, Washington 98104-1157
206-516-3800
206-516-3888 fax
pstutheit@yarmuth.com

FILED _____ LODGED
_____ RECEIVED

FEB 1 5 2005

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DIRECTV, INC., a California corporation,

    Plaintiff,

v.

KEVIN H. CRAIG,

    Defendant.

No. C03-5659 (FDB) RSL
DIRECTV Litigation

[PROPOSED] ORDER GRANTING
DEFAULT JUDGMENT AGAINST
DEFENDANT KEVIN H. CRAIG

THIS MATTER came before the Court on the Plaintiff's Motion for Entry of Default Judgment against Kevin H. Craig in the sum certain amount of Thirty Thousand Dollars ($30,000.00) as statutory damages and $850.00 as reasonable attorney's fees and costs.

The Court considered the pleadings and records filed in this action, including the affidavit of plaintiff's counsel in support of its motion, and the proof of service on file.

Based on the argument of counsel and the pleadings and evidence presented, the Court finds:

1. Defendant Kevin H. Craig purchased and used illegally modified DIRECTV Access Cards and other devices ("Pirate Access Devices") that are designed

ULT

03-CV-05659-ORD

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WASHINGTON 98104
T 206.516.3800  F 206.516.3888

|     |     |
| --- | --- |
| 1   | to permit viewing of DIRECTV's television programming without |
| 2   | authorization by or payment to DIRECTV. |
| 3   | 2. Defendant Kevin H. Craig purchased three (3) Pirate Access Device from |
| 4   | DSS-Stuff, a distributor of illegal pirate access devices that shipped its |
| 5   | products to Defendant Kevin H. Craig. |
| 6   | 3. Defendant Kevin H. Craig placed the order for a Pirate Access Device |
| 7   | by using interstate or foreign wire facilities, and received his order via the |
| 8   | United States Postal Service or commercial mail carriers. |
| 9   | 4. Defendant Kevin H. Craig purchases included two (2) programmers |
| 10  | specifically designed to illegally modify DIRECTV access cards, and one |
| 11  | (1) printed circuit board device called an "Unlooper." Defendant Craig used |
| 12  | these devices to view DIRECTV's television programming without |
| 13  | authorization by or payment to DIRECTV. |
| 14  | 5. Plaintiff is entitled to the amount of Thirty Thousand Dollars ($30,000.00) |
| 15  | (3 x $10,000 per violation) as statutory damages and $850.00 as reasonable |
| 16  | attorney's fees and costs, both sums certain pled for in plaintiff's complaint. |
| 17  | 6. Defendant Kevin H. Craig has been declared in default by the Court's order |
| 18  | of September 29, 2004. |
| 19  | //// |
| 20  | //// |
| 21  | //// |
| 22  | //// |
| 23  | //// |
| 24  | //// |
| 25  |     |
| 26  |     |

[PROPOSED] ORDER GRANTING DEFAULT
JUDGMENT AGAINST DEFENDANT
KEVIN H. CRAIG
NO. C03-5659 (FDB) RSL – Page 2

Yarmuth Wilsdon Calfo PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800   F 206.516.3888

Based on the above findings, a Default Judgment is ORDERED and entered as follows:

Plaintiff DIRECTV, Inc. is awarded judgment against Defendant Kevin H. Craig in the amount of Thirty Thousand Dollars ($30,000.00) as statutory damages plus $850.00 as reasonable attorney's fees and costs. Interest on the judgment in the amount of 12% per annum shall accrue from the date of entry of this order.

DONE IN OPEN COURT this 11th day of February, 2005.

_____
UNITED STATES JUDGE ROBERT S. LASNIK

Presented by:

YARMUTH WILSDON CALFO PLLC

By: _____
Peter D. Stutheit, WSBA No. 32090
Attorneys for Plaintiff DIRECTV, Inc.

[PROPOSED] ORDER GRANTING DEFAULT
JUDGMENT AGAINST DEFENDANT
KEVIN H. CRAIG
NO. C03-5659 (FDB) RSL – Page 3
306.81 WA /5084603 2/8/05

YARMUTH WILSDON CALFO PLLC
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE WASHINGTON 98104
T 206.516.3800  F 206.516.3888