# EXHIBIT   F

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

DIRECTV, Inc., a California Corporation,    )
                                            )
                        Plaintiff,          )
                                            )
        v.                                  )        C.A. No. 04-962-GMS
                                            )
DONALD HALL,                                )
                                            )
                        Defendant.          )


### AFFIDAVIT OF TIMOTHY E. LENGKEEK

STATE OF DELAWARE:
                                :ss
County of New Castle:

 Timothy E. Lengkeek, Esquire being first duly sworn upon oath, deposes and

says:

 1. I am the duly authorized agent of the Plaintiff, and have personal knowledge of

the facts set forth in this Affidavit.

 2. On August 23, 2004, the Plaintiff filed a complaint against Defendant Donald

Hall (the "Complaint").

 3. The attorneys' fees and costs, including the filing fee of $150.00, associated with

the Complaint from August 2004 through the present have exceeded $850.00.

 4. Attached to this Affidavit are portions of relevant Young Conaway Stargatt &

Taylor, LLP time sheets indicating the attorney and paralegal time spent on the case, including

the attorney and paralegal's hourly rates.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By:

Melanie K. Sharp (No. 2501)
Timothy E. Lengkeek (No. 4116)
The Brandywine Building
1000 West St. 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6681/6605
Facsimile: (302) 571-1253
msharp@ycst.com; tlengkeek@ycst.com

YARMUTH WILSDON CALFO, PLCC
Peter Stutheit
John Jamnback
P.O. Box 1110
Seattle, WA 98111-1110
(206) 654-4125
(206) 654-4128 (fax)
Attorneys for Plaintiff DIRECTV, Inc.

SUBSCRIBED AND SWORN TO before me this 7th day of March 2005.

Kimberly S Jones

NOTARY PUBLIC
My Commission Expires: 8/8/06

KIMBERLY S. JONES
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Aug. 8, 2006

2

WP3:1091537 1                                                62246 1001

## DirecTV, Inc. v. Donald Hall
## C.A. No. 04-cv-962 (GMS)
## Young Conaway Stargatt Taylor Billing Proforma Summary

| Date Worked | Description | Billing Rate | Recorded Hours | Value |
|---|---|---|---|---|
| 8/23/2004 | Review and revise D. Hall Complaint | $ 275.00 | 0.4 | $ 110.00 |
| 10/4/2004 | Review D. Hall default judgment documents | $ 275.00 | 0.3 | $ 82.50 |
| 10/25/2004 | Correspondence from and correspondence to A. Chacko re: D. Hall Complaint and default judgments | $ 275.00 | 0.2 | $ 55.00 |
| 10/25/2004 | Prepare default judgment documents for D. Hall, meet with T. Lengkeek re: same; send payment for J. Zatlokovicz to A. Kellett | $ 115.00 | 1.3 | $ 149.50 |
| 1/20/2005 | Review file for D. Hall re: new address; e-mail to T. Lengkeek re: same | $ 125.00 | 0.6 | $ 75.00 |
| 1/21/2005 | Letter to D. Hall enclosing default documents | $ 125.00 | 0.7 | $ 87.50 |
| 2/14/2005 | Review and revise Default Judgment against D. Hall and correspondence to/from A. Chacko re: same | $ 290.00 | 0.3 | $ 87.00 |
| 2/24/2005 | Review chronology of D. Hall service issues | $ 290.00 | 0.2 | $ 58.00 |
| 2/24/2005 | Legal research re: service under Rule 4 re: D. Hall; prepare for Hearing; correspondence to T. Vandermeer | $ 290.00 | 1.5 | $ 435.00 |
| 2/25/2005 | Default Judgment Hearing re: D. Hall | $ 290.00 | 0.7 | $ 203.00 |
| 2/25/2005 | Correspondence to co-counsel re: D. Hall (various e-mails) | $ 290.00 | 0.4 | $ 116.00 |
| 2/28/2005 | Correspondence to/from P. Stutheith re: D. Hall; correspondence to co-counsel re: D. Hall; correspondence from co-counsel re: same | $ 290.00 | 0.5 | $ 145.00 |
| | **Total** | | 7.1 | $ 1,603.50 |